■ ALMIRALL & COMPANY, INC. et al., as Joint Venturers Known as ALMIRALL-JOY, Respondents, v. GEORGE A. FULLER COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. (See *Arc Elec. Constr. Co.* v. *Fuller Co.,* 24 N Y 2d 99.) Motion to strike certain arguments from brief denied. (Appeal from judgment of Onondaga Trial Term in action to recover value of labor and materials.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.